IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-20633
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

MARCO ANTONIO ULLOA-GONZALES,

                                        Defendant-Appellant.

--------------------
Appeals from the United States District Court
for the Southern District of Texas
USDC No. H-00-CR-56-1
--------------------
April 18, 2001

Before EMILIO M. GARZA, STEWART and PARKER, Circuit Judges.

PER CURIAM:[*]

     The court-appointed counsel for Marco Antonio Ulloa-Gonzales
has moved for leave to withdraw and has filed a brief pursuant to
Anders v. California, 386 U.S. 738 (1967).  Ulloa has received a
copy of counsel's motion and brief, and has filed a pro se
response and motion in which he requests appointment of new
appellate counsel.  Our review of the brief filed by counsel,
Ulloa's response, and the record discloses no nonfrivolous issue
for appeal.  Accordingly, the motion for leave to withdraw is
GRANTED, counsel is excused from further responsibilities, and

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

the APPEAL IS DISMISSED.  Ulloa's motion for appointment of new counsel is DENIED.  <u>See</u> 5TH CIR. R. 42.2.